AO 442 (Rev. 11/11)  Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

| Middle | District of | Florida |

United States of America

v.

)
)
)
)
)
)

Case No.     2:19-cr-3-SPC-MRM

**21-6287-MJ-STRAUSS**

Reuben Henry Billie Jr.
*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Reuben Henry Billie Jr.                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☒ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition.

Date: April 30, 2021

_____
*Issuing officer's signature*

City and state: Fort Myers, FL

_____
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

MD/FL 12C
(04/17)

# United States District Court

### for

**Middle District of Florida**
**Fort Myers Division**

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY:
DEPUTY CLERK

**Petition for Warrant for Offender Under Supervised Release**

Name of Offender: Reuben Henry Billie Jr.         Docket Number: 2:19-cr-3-SPC-MRM

Name of Sentencing Judicial Officer:  Honorable Sheri Polster Chappell
United States District Judge

Date of Original Sentence: July 22, 2019

Original Offense: Count 1: Maintaining a Place for the Purpose of Distributing and Using any Controlled Substance, Including Marijuana; Count 2: Distribution and Possession with Intent to Distribute Marijuana

Original Sentence: 12 months and one (1) day on each count in the custody of the Bureau of Prisons; to run concurrently, followed by a three (3) year term of Supervised Release as to Count One (1) and a two (2) year term as to Count Two (2), to run concurrently. The following special conditions were imposed: substance abuse treatment, mental health treatment, search and seizure, financial disclosure, and collect DNA. The Court also imposed $15,000 fine and a $200 Special Assessment.

Type of Supervision: Supervised Release

Date Supervision Commenced: August 21, 2020      Date Supervision Expires: August 20, 2023

Assistant United States Attorney: Simon R. Eth      Defense Attorney: Brian H. Bieber

---

## PETITIONING THE COURT TO ISSUE A WARRANT

The probation officer believes that the offender has violated the following condition(s) of supervision:

1. **New criminal conduct, Driving Under the Influence, .15 or Higher, occurring on March 28, 2021, while on supervision in violation of the mandatory conditions of supervision:** On March 28, 2021, the defendant was pulled over by Hendry County Sheriff's Office for Speeding. During the traffic stop, deputies observed signs of impairment and conducted a field sobriety test. The defendant performed various field sobriety exercises. He was subsequently charged with Driving Under the Influence .15 or Higher in the 20th Judicial Circuit, LaBelle, Florida, Case Number 2021CT000259.

2. **Knowingly travel outside the district without permission in violation of condition three of the standard conditions of supervision:** On or about March 20, 2021, the defendant knowingly traveled to Hollwood, Florida, outside the Middle District of Florida, without the permission of his probation officer.

MD/FL 12C
(04/17)

Page 2

Offender:  Reuben Henry Billie Jr.
Docket:  2:19-cr-3-SPC-MRM
Date Prepared:  April 29, 2021

3.  **Communication or interaction with a person engaged in criminal activity or convicted of a felony in violation of condition eight of the standard conditions of supervision:**  On April 6, 2021, the defendant informed Detective David Mastro, Seminole Police Department, Hollywood, Florida, that he was accompanied by and associating with Jessup Douglas, a known convicted felon on or about March 20, 2021.

4.  **Failure to notify the probation officer within 72 hours after being arrested or questioned by a law enforcement officer in violation of condition nine of the standard conditions of supervision:**  On April 9, 2021, the defendant failed to notify his probation officer that on or about April 6, 2021, he was questioned by Detective David Mastro of the Seminole Tribe Police Department for investigation purposes of an alleged theft that occurred on or about March 20, 2021.

United States Probation Office Recommendation:

☒        Issuance of a Warrant

☐        Issuance of a Summons

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    April 29, 2021

/s/ William Delgadillo

William Delgadillo
United States Probation Officer

Case 0:21-mj-00287-SMS   Document 1   Entered on FLSD Docket 05/06/2021   Page 3 of 4

MD/FL 12C
(04/17)

Page 3

Offender:  Reuben Henry Billie Jr.
Docket:  2:19-cr-3-SPC-MRM
Date Prepared:  April 29, 2021

## THE COURT ORDERS

☑ The Issuance of a Warrant

☐ The Issuance of a Summons

☐ No Action

☐ Other

_____

Signature of Judicial Officer

April 30, 2021
_____
Date

MD/FL 12C
(04/17)

Offender: Reuben Henry Billie Jr.
Docket: 2:19-cr-3-SPC-MRM
Date Prepared: April 29, 2021

**JUDGE'S COMMENTS**